UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

IN RE:                                                CHAPTER 13
                                                           CASE NO. 20-40597

**ROBERT ALLEN ASHWORTH**
       Debtor

_____

**NOTICE OF CHANGE OF ADDRESS**
_____

       Comes the Debtor, by counsel, and gives notice of his change of addresses. His new address is: 410 Maryland Street, Ferdinand, IN 47532

/s/ Steven D. Wilson
Steven D. Wilson
WILKEY & WILSON, P.S.C.
111 West Second Street
Owensboro, KY 42303
(270) 685-6000

Certificate of Service

      I hereby certify the foregoing was filed electronically with the U S Bankruptcy Court this 26th day of August, 2021, and a copy furnished electronically or by U S Mail to: Hon William Lawrence, 310 Republic Plaza, 200 South Seventh St., Louisville, KY 40202 and all creditors on the matrix.

/s/ Steven D. Wilson
Steven D. Wilson

S:\Bankruptcy\Chapter 13\Chapter 13 Cases A\Ashworth, Robert\2021-08-26 Notice of Change of Address.wpd